**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER DENYING APPELLANT'S MOTION FOR REHEARING EN BANC**

Appellate case name:     Nelson Oroyo Rodriguez v. The State of Texas

Appellate case number: 01-17-00352-CR

Trial court case number:     1515550

Trial court:                351ˢᵗ District Court of Harris County


Appellant's motion for rehearing en banc is denied.


    It is so ORDERED.


Justice's signature: /s/ Laura Carter Higley
                        Acting for the En Banc Court


En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.



Date:   December 20, 2018___